JAJ:CHB
F#2010R00643

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y

☆  1 5 2010  ☆

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. _____ |
| ANTHONY MAYES JR., | (T. 21, U.S.C., §§ 841(a)(1), |
|     also known as "Big Bo," and | 841(b)(1)(A)(iii), |
| ANTOINE MAYES, | 841(b)(1)(B)(iii), 846, |
|     also known as "Little Bo," | 853(a) and 853(p); T. 18, U.S.C., §§ 3551 et |
| Defendants. | seq.) |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Cocaine Base Distribution Conspiracy)

1.  In or about and between February 2010 and June 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ANTHONY MAYES JR., also known as "Big Bo," and ANTOINE MAYES, also known as "Little Bo," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 841(b)(1)(A)(iii) and 846; Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

## COUNT TWO
(Possession of Cocaine Base with Intent to Distribute)

2. On or about February 8, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THREE
(Possession of Cocaine Base with Intent to Distribute)

3. On or about February 17, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

3

## COUNT FOUR
(Possession of Cocaine Base with Intent to Distribute)

4. On or about February 24, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FIVE
(Possession of Cocaine Base with Intent to Distribute)

5. On or about March 9, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

4

## COUNT SIX
(Possession of Cocaine Base with Intent to Distribute)

6. On or about March 19, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT SEVEN
(Possession of Cocaine Base with Intent to Distribute)

7. On or about April 1, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT EIGHT
(Possession of Cocaine Base with Intent to Distribute)

8. On or about April 8, 2010, within the Eastern District of New York, the defendant ANTOINE MAYES, also known as "Little Bo," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

9. The United States hereby gives notice to the defendants charged in Counts One through Eight that, upon conviction of any of the above-charged offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ JUN 1 5 2010 ★

BROOKLYN OFFICE

1. Title of Case: **United States v. ANTHONY MAYES JR., also known as "Big Bo," and ANTOINE MAYES, also known as "Little Bo"**

2. Related Magistrate Docket Number(s):

    None

3. Arrest Date: **N.A.**

4. Nature of offense(s):   ☒   Felony
   ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

    _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Brooklyn</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes  ( ) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Carter Burwell
Assistant U.S. Attorney
718-254-6313

Rev. 3/22/01