

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CHB
F.#2010R00643

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 25, 2012

**By ECF**

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Anthony Mayes et al.
           Criminal Docket No. 10-473 (S-6)(ARR)

Dear Judge Ross:

      As the Court is aware, on Tuesday, May 22, 2012, defendant Antoine Mayes pleaded guilty to Counts Three through Nine of the pending indictment. After consultation with defense counsel, the government intends to introduce at trial, without objection, a redacted portion of the transcript of that plea proceeding. The government respectfully requests that, at the time the government introduces the transcript, the Court give the jury an appropriate limiting instruction regarding the jury's inability to consider the statement as evidence against the other defendants and that Antoine Mayes has pleaded not guilty to the charged crimes.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            UNITED STATES ATTORNEY

                By:      /s/
                     Carter Burwell
                     Richard M. Tucker
                     Assistant U.S. Attorneys
                     (718) 254-6313/6204

cc:  Clerk of Court (ARR) (by ECF)
     Defense Counsel